148 A.3d 749

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN C. BLANN (A/K/A JOHN C. BLAND), DEFENDANT-PETITIONER.

July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003403-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.